■ NICHOLAS SOLDANO, Respondent, v CITY OF NEW YORK (POLICE DEPARTMENT) et al., Defendants, and ELSIDDIG LIMO, INC., et al., Appellants. (Action No. 1.) RUTH JONES et al., Plaintiffs, v ELSIDDIG LIMO, INC., et al., Defendants. (Action No. 2.) [918 NYS2d 357]—

The Supreme Court properly concluded that the appellants failed to meet their prima facie burden of showing that the plaintiff in action No. 1, Nicholas Soldano, did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). Since the appellants failed to meet their prima facie burden as movants, we need not review the sufficiency of the opposition papers (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]). Mastro, J.P., Florio, Dickerson, Belen and Lott, JJ., concur.